UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

NENA L. O'BRIEN, )
    Plaintiff, )
)
v. ) No. 3:09-CV-306
) (Phillips/Shirley)
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL SECURITY, )
    Defendant. )

## ORDER

This Social Security appeal is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley [Doc. 26]. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted, and that plaintiff's counsel be awarded attorney fees and costs of $2,072.90. Accordingly, the court **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the report and recommendation, which the

court adopts and incorporates into its ruling, that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, [Doc. 23] is **GRANTED,** whereby plaintiff is awarded attorney fees and costs in the amount of $2,072.90.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge